# United States District Court
## For The Western District of North Carolina
## Asheville Division

THOMAS LEWIS PARKS,,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                     1:10CV180

ALVIN KELLER,,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Petition for Writ of Habeas Corpus and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 09/01/2010 Order.

                        Signed: September 1, 2010

Frank G. Johns, Clerk
United States District Court